**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 03-cr-00093-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     GARRY LEE GRIGGS,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Motion for Reduction of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(2) (Doc 65 - filed May 18, 2008). The Court has reviewed the Motion, and being fully advised

IT IS ORDERED that Defendant's Motion for Reduction of Supervised Release Pursuant to 18 U.S.C. § 3583(e)(2) (Doc 65) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: June 11, 2008