**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 03-cr-00093-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GARRY LEE GRIGGS,

       Defendant.

---

ORDER TERMINATING SUPERVISED RELEASE

---

       The Court having been notified by the Probation Office that on July 17, 2009, the above-referenced defendant was declared deceased, it is,

       ORDERED that the term of supervised release be terminated.

       DATED at Denver, Colorado, this __8th__ day of September, 2009.

                            BY THE COURT:

                            __s/Lewis T. Babcock__
                            Lewis T. Babcock
                            Senior United States District Judge